# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Initial Appearance/Preliminary Hearing

| | | | |
|---|---|---|---|
| Case Number: | 20-MJ-955 | UNITED STATES vs. JUSTICE | |
| Hearing Date: | 3/17/2020 | Time In and Out: | 10:26 am – 10:36 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Charles Brent Justice | Defendant's Counsel: | Robert Gorence for limited purpose |
| AUSA: | Jon Stanford | Pretrial/Probation: | A. Galaz |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Detention Hearing     on Wednesday, March 18, 2020     @ 2:30 pm

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Deft to fill out a financial affidavit to determine counsel;