IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              No. 20-mj-955 SCY

CHARLES JUSTICE,

        Defendant.

## NOTICE OF LIMITED ENTRY OF APPEARANCE

Robert J. Gorence of Gorence & Oliveros, P.C., hereby enters his limited appearance in the above-styled cause on behalf of Defendant Charles Justice only with respect to matters before the United States Magistrate Judge for the District of New Mexico pertaining to Mr. Justice's detention and preliminary hearings.

        Respectfully submitted,

        */s/ Robert J. Gorence*
        Robert J. Gorence
        Gorence & Oliveros, P.C.
        300 Central Avenue SW, Suite 1000E
        Albuquerque, NM 87102
        Phone (505) 244-0214
        Facsimile (505) 244-0888
        Email: gorence@golaw.us

        *Limited Appearance on behalf of Defendant Charles Justice*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 17th day of March, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jon K. Stanford | Jack Burkhead |
| jon.stanford@usdoj.gov | jack.e.burkhead@usdoj.gov |
| *Attorney for United States* | *Attorney for United States* |

*/s/ Robert J. Gorence*
Robert J. Gorence