# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
|  | Before the Honorable Kirtan Khalsa | | |
|  | Detention | | |
| Case Number: | 20mj955 | UNITED STATES vs. Justice | |
| Hearing Date: | 3/18/2020 | Time In and Out: | 2:30 pm-3:30 pm |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Charles Brent Justice | Defendant's Counsel: | Bob Gorence |
| AUSA: | Jon Stanford | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | Nate Kempton |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Detention Hearing     on Friday, March 20, 2020     @ 10:40 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☐ Matter referred to     for Final Revocation Hearing
- ☒ DEFENSE ORAL MOTION TO CONTINUE GRANTED; HEARING RESET FOR 3/19/2020