# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Kirtan Khalsa |
| Detention |
| Case Number: | 20mj955 | UNITED STATES vs. Justice | |
| Hearing Date: | 3/19/2020 | Time In and Out: | 10:53 am-12:13 pm recess<br>12:53 pm- 2:46 pm recess<br>3:16 pm -4:05 pm |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Charles Brent Justice | Defendant's Counsel: | Bob Gorence |
| AUSA: | Jon Stanford | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | Nate Kempton/<br>Nathaniel Sorenson |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for             on             @

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

### Other

- ☐ Matter referred to       for Final Revocation Hearing
- ☒ AUSA has till noon on 3/20/20 to file Motion to Keep doc. 9 sealed